IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| MARQUINTAS D. WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action 1-04-1176-T/AN |
| | ) |
| PORTER CABLE / DELTA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER GRANTING
DEFENDANT'S MOTION TO AMEND ANSWER

ON THIS DATE, the Court considered Defendant's Motion to Amend Answer. It appears to the Court, and the Court finds, that Defendant's Motion to Amend Answer is well taken and should be granted.

It is, therefore, ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Amend Answer is hereby GRANTED, and that Defendant shall file its Amended Answer within fifteen (15) days of the entry of this Order.

IT IS SO ORDERED,

_S. Thomas Anderson USMJ_
~~U.S. DISTRICT JUDGE~~

_May 06, 2005_
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___05-10-05___

1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 1:04-CV-01176 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

---

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

W. Stephen Gardner
YOUNG & PERL, P.C.
One Commerce Square
Ste. 2380
Memphis, TN 38103

Michael L. Russell
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Honorable James Todd
US DISTRICT COURT