IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

MARQUINTAS D. WALKER, )
 )
    Plaintiff, )
 )
v. ) Civil Action 1-04-1176-T/AN
 )
PORTER CABLE / DELTA, )
 )
    Defendant. )
 )

### ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

This cause came on for consideration by this Court on the Joint Motion to Amend the Scheduling Order filed by the parties in this civil action from all of which it appears to this Court that for good cause shown said motion is well taken and should be granted.

The discovery deadline is hereby extended from May 28, 2005, to June 30, 2005 and the dispositive motion deadline is hereby extended from June 28, 2005 to July 30, 2005.

IT IS SO OREDERED this 27th day of May, 2005.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet In compliance with Rule 58 and/or 79 (a) FRCP on 5/31/2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 1:04-CV-01176 was distributed by fax, mail, or direct printing on May 31, 2005 to the parties listed.

---

Michael L. Russell
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

W. Stephen Gardner
YOUNG & PERL, P.C.
One Commerce Square
Ste. 2380
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT