IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARQUINTAS D. WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO.: 04-1176-T-An |
| | ) |
| PORTER CABLE/DELTA, | ) |
| | ) |
| Defendant. | ) |

### ORDER SETTING TELEPHONE STATUS CONFERENCE

Pursuant to an Order of Reference entered August 9, 2005, this case has been referred to the Magistrate Judge for a Status Conference.

The Court will hold a telephone conference on **MONDAY, AUGUST 22, 2005 at 10:30 a.m.**. Plaintiff's counsel shall initiate the telephone conference call and insure that all parties are present prior to dialing the chambers of the Court in Jackson, Tennessee at 731-421-9273.

**IT IS SO ORDERED.**

S. Thomas Gund
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 12, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 08-15-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 1:04-CV-01176 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

Michael L. Russell
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

W. Stephen Gardner
YOUNG & PERL, P.C.
One Commerce Square
Ste. 2380
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT