IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| MARQUINTAS D. WALKER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action 1-04-1176-T/AN |
| PORTER CABLE / DELTA, | ) |
| Defendant. | ) |

ORDER ALLOWING DEFENDANT TO FILE A REPLY TO PLAINTIFF'S
RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

This matter came on for consideration by this Court on Defendant's Motion for Order Allowing Defendant to File a Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment prior to the submission of Defendant's Motion for Summary Judgment to the Court under Local Rule 7.2(b), and the entire record in this case from all of which it appears to this Court that said motion is well taken and should be granted.

Defendant is hereby allowed to file a reply to Plaintiff's Response to Defendant's Motion for Summary Judgment no later than _September 9_, 2005.

IT IS SO OREDERED this _26th_ day of _August_, 2005.

_____
JAMES D. TODD
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _08-29-05_

## CERTIFICATE OF SERVICE

I, W. Stephen Gardner, hereby certify that a copy of the foregoing was served upon the following person by first class U.S. mail, postage prepaid, this the 25th day of August, 2005:

        Justin S. Gilbert, Esq.
        Gilbert & Russell, PLC
        P. O. Box 11357
        Jackson, Tennessee 38308

_____
W. STEPHEN GARDNER

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 1:04-CV-01176 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

W. Stephen Gardner
YOUNG & PERL, P.C.
One Commerce Square
Ste. 2380
Memphis, TN 38103

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Michael L. Russell
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Honorable James Todd
US DISTRICT COURT