IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ ll _____ D.C.

05 SEP 13 PM 2: 14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

| | | |
|---|---|---|
| MARQUINTAS D. WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO.: 04-1176-T-An |
| | ) | |
| PORTER CABLE/DELTA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER CONTINUING TRIAL

Pursuant to written notice, a telephonic conference was held on August 22, 2005. Participating were Justin Gilbert, attorney for the Plaintiff, and W. Stephen Gardner, Attorney for Defendant.

For good cause shown, the trial is reset to **MONDAY, DECEMBER 19, 2005 at 9:30 a.m.** The Pretrial Order shall be due on or before **FRIDAY, DECEMBER 9, 2005.** The Plaintiff's final list of witnesses and exhibits shall be served on the Defendant by **November 4, 2005,** and the Defendant's final list of witnesses and exhibits shall be served on the Plaintiff by **November 18, 2005.** Each party shall have 10 days after service to file objections thereto.

**IT IS SO ORDERED.**

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: September 13, 2005

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___09-16-05___

36

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 1:04-CV-01176 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Michael L. Russell
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

W. Stephen Gardner
YOUNG & PERL, P.C.
One Commerce Square
Ste. 2380
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT